United States District Court
Southern District of Texas
**ENTERED**
February 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **CRAIG DENNIS JOHNSON, JR,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 6:21-cv-00018 |
| § | |
| **WILLIAM OLD, III, Calvin Albrecht** § | |
| § | |
| Defendants. § | |

### ORDER ACCEPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court is the Memorandum and Recommendation ("M&R") signed by Magistrate Judge Julie K. Hampton on May 3, 2022. (Dkt. No. 85). In the M&R, Magistrate Judge Hampton partially resolves Plaintiff Craig Dennis Johnson Jr.'s Complaint. (Dkt. No. 1). Magistrate Judge Hampton *sua sponte* recommends that Johnson's claims against one Defendant, Calvin Albrecht, "be dismissed without prejudice for failure to timely serve." (Dkt. No. 85 at 2). *See* Fed. R. Civ. P. 4(m). Magistrate Judge Hampton notes that she previously warned Johnson that failure to serve Albrecht may result in a dismissal of his claims against Albrecht. *See* (Dkt. No. 85 at 1) citing (Dkt. No. 83).

The Parties were provided proper notice and the opportunity to object to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). There were none. As a result, review is straightforward: "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record

in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *see also Guillory v PPG Indus. Inc*, 434 F.3d 303, 308 (5th Cir. 2005).

Here, the Court has reviewed the pleadings, the record, and the applicable law. No clear error appears. Accordingly, the Court **ACCEPTS** the M&R, (Dkt. No. 85), as the Court's Memorandum Opinion and Order. The Court **DISMISSES WITHOUT PREJUDICE** Johnson's claims against Defendant Albrecht, for failure to timely serve.

It is SO ORDERED.

Signed on February 6, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**