United States District Court
Southern District of Texas
**ENTERED**
February 28, 2023
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| **CRAIG DENNIS JOHNSON, JR.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No. 6:21-CV-00018 |
| | § | |
| **WILLIAM OLD, III,** | § | |
| | § | |
| **Defendant.** | § | |

### ORDER ACCEPTING MEMORANDUM AND RECOMMENDATION

Before the Court is the August 18, 2022 Memorandum and Recommendation ("M&R") of Magistrate Judge Julie K. Hampton.  (Dkt. No. 88).  In the M&R, Magistrate Judge Hampton recommends that the Court grant Defendant Judge William Old III's Motion to Dismiss, (Dkt. No. 86), on the basis that Johnson lacks standing to pursue his claims, and even if he had standing, the claims are barred by judicial immunity.

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1).  No party filed an objection.  As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court **ACCEPTS** the M&R as the Court's Memorandum Opinion and Order.  The Court **GRANTS** Defendant Judge William Old III's unopposed Motion to Dismiss.  (Dkt. No. 86).  The Court **DISMISSES WITHOUT PREJUDICE** Plaintiff Craig Dennis Johnson JR's Complaint.  (Dkt. No. 1).

It is SO ORDERED.

Signed on February 27, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**